AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:24-mj-00151 |
|---|---|---|
| v. | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| Jean Wiltene Eugene | ) | Assign Date: 4/29/2024 |
|  | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 10, 2020 to September 23, 2021  in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 U.S.C. § 2778 | Arms Export Control Act |
| 50 U.S.C. § 4819 | Export Control Reform Act |
| 18 U.S.C. § 554(a) | Smuggling |

This criminal complaint is based on these facts:

See attached Affidavit which is incorporated by reference as if fully stated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Lemaitre, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/29/2024

_____
Judge's signature

City and state: District of Columbia    Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title